1

2

3

4

5

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

6   ALFRED ROLLINGS,                   CASE NO. 1:09-cv-01108 DLB PC

7              Plaintiff,

8       v.                            ORDER CONSTRUING ACTION AS AN
INDIVIDUAL CIVIL SUIT

9   WARDEN HARRINGTON,

10             Defendant

11

12                                       /

13         Plaintiff Alfred Rollings ("Plaintiff") filed this action on June 22, 2009. Plaintiff seeks

14 certification of this litigation as a class action.  Plaintiff, however, is a non-lawyer proceeding

15 without counsel.  It is well established that a layperson cannot ordinarily represent the interests of

16 a class. See McShane v. United States, 366 F.2d 286 (9th Cir. 1966).  This rule becomes almost

17 absolute when, as here, the putative class representative is incarcerated and proceeding pro se.

18 Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975).  In direct terms, plaintiff cannot "fairly

19 and adequately protect the interests of the class" as required by Fed. R. Civ. P. 23(a)(4). See Martin

20 v. Middendorf, 420 F. Supp. 779 (D.D.C. 1976).  This action, therefore, will not be construed as a

21 class action and instead will be construed as an individual civil suit brought by plaintiff.

22         IT IS SO ORDERED.

23     Dated:   __July 20, 2009__         __/s/ **Dennis L. Beck**__
                                          UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28